UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT TACOMA

| | |
|---|---|
| LOCAL 191 I.B.E.W. HEALTH & WELFARE TRUST FUNDS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>E-Z ELECTRIC, INC.,<br><br>    Defendants,<br><br>CSI CONSTRUCTION COMPANY OF OREGON, LLC,<br><br>    Garnishee Defendant. | NO. MC05-5013<br><br>MOTION AND ORDER QUASHING WRIT OF GARNISHMENT |

Plaintiffs move the Court for an Order Quashing the Writ of Garnishment entered herein on June 3, 2005, requiring CSI Construction Company of Oregon, LLC, garnishee defendant, to answer the Writ.

An executed copy of the Writ of Garnishment; original plus three copies of Answer to Writ of Garnishment; three self-addressed, stamped envelopes; and $20.00 check were mailed, by certified mail, to U. S. Bank of Washington, garnishee

M/O QUASHING WRIT
OF GARNISHMENT - 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5300 069 gf160102 7/12/05



defendant, on June 7, 2005. An executed copy of the Writ of Garnishment and a copy of the Judgment were mailed, by certified mail, to E-Z Electric, Inc., on June 8, 2005.

Dated: 6/24/05

s/ Mark E. Smith
Mark E. Smith, WSBA #30924
SMITH MCKENZIE ROTHWELL
   & BARLOW, P.S.
Attorneys for Plaintiffs

## ORDER

Pursuant to plaintiffs' motion, it is hereby

ORDERED that the Writ of Garnishment entered on June 3, 2005 ordering CSI Construction Company of Oregon, LLC, garnishee defendant, to answer the Writ, be and hereby is quashed.

DATED this 12th day of July 2005.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

M/O QUASHING WRIT
OF GARNISHMENT - 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5300 069 gf160102 7/12/05



1

2

3  *s/ Mark E. Smith*
   Mark E. Smith, WSBA #30924
4  SMITH MCKENZIE ROTHWELL
     & BARLOW, P.S.
5  Attorneys for Plaintiffs

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

M/O QUASHING WRIT
OF GARNISHMENT - 3

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

5300 069 gf160102 7/12/05

